# In the United States District Court for the Southern District of Georgia Brunswick Division

```
JI EON SMITH,

     Plaintiff,

     v.                                    CV 2:20-117

TBC RETAIL GROUP, INC. d/b/a
TIRE KINGDOM and JOHN DOES 1-3,

     Defendants.
```

### ORDER

Before the Court are the parties' stipulations of dismissal, dkt. nos. 31, 32, wherein they notify the Court that they wish to dismiss all claims in this action with prejudice. All parties who have appeared in this matter stipulate to the dismissal. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims are hereby **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to **close** this case.

**SO ORDERED**, this 3 day of January, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA